IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO.  CR 09-2740 MCA |
| ) | |
| **ERIKA DENISE GARCIA**, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' EXHIBIT LIST

The United States of America, for the convenience of the Court and counsel, and without waiving its right to add or delete exhibits, hereby files its list of exhibits which it may introduce in its case-in-chief.

| Exhibit No. | Description |
|---|---|
| 1. | Representative .50 caliber rifle |
| 2. | Photograph of representative .50 caliber rifle |
| 3. | August 4, 2007 ATF 4473 form from Ron Peterson Firearms in Albuquerque, NM |
| 4. | Ron Peterson Firearms August 4, 2007 sales receipt |
| 5. | Ron Peterson Firearms August 4, 2007 transaction receipt |
| 6. | Photograph of Ron Peterson Firearms |
| 7. | August 18, 2007 ATF 4473 form from Shooter's Outpost in Santa Fe, NM |
| 8. | Shooter's Outpost August 18, 2007 receipt |
| 9. | August 18, 2007 Multiple Sales Report |
| 10. | November 26, 2007 ATF 4473 form from Sportsman's Warehouse in Las Cruces, NM |
| 11. | Sportsman's Warehouse November 26, 2007 receipt |

| 12. | Photograph of Sportsman's Warehouse |
|---|---|
| 13. | November 26, 2007 ATF 4473 form from Custom Cartridge Co. in Las Cruces, NM with 2 attached price tags for Glocks |
| 14. | Photograph of Custom Cartridge Co. |
| 15. | November 26, 2007 Multiple Sales Report |
| 16. | Photograph of Glock bearing serial number LEX321 (side) |
| 17. | Photograph of Glock bearing serial number LEX321 (bottom) |
| 18. | Photograph of Glock bearing serial number KZV187 (side) |
| 19. | Photograph of Glock bearing serial number KZV187 (bottom) |
| 20. | November 29, 2007 ATF 4473 form from Custom Cartridge Co. in Las Cruces, NM |
| 21. | March 2, 2008 ATF 4473 form from Black Bear Enterprises in Edgewood, NM |
| 22. | Representative WASR rifle |
| 23. | Photograph of representative WASR rifle |
| 24. | Black Bear Enterprises March 2, 2008 receipt |
| 25. | March 7, 2008 ATF 4473 form from Lone Wolf Trading Co. in Glendale, AZ (3 AK-47s) |
| 26. | March 7, 2008 ATF 4473 form from Lone Wolf Trading Co. in Glendale, AZ (3 more AK-47s) |
| 27. | Photograph of Lone Wolf Trading Co. |
| 28. | Lone Wolf Trading Co. March 7, 2008 receipt |
| 29. | Defendant's lease agreement for 1207 Coal Avenue, Apt. C, Albuquerque, NM |
| 30-35. | Notices of non-payment of rent for 1207 Coal Avenue, Apt. C, Albuquerque, NM |
| 36. | IRS Certificate of Lack of Record for Defendant for tax year 2007 |
| 37. | Defendant's 2008 IRS form 1040 individual tax return |
| 38. | Copy of Defendant's driver's license issued on November 26, 2007 |
| 39. | Certified New Mexico Driver's Record for Defendant |
| 40. | Certified driver's license photos and issue dates for Defendant |

| 41. | Photograph of lot at end of Houston St. in Columbus, NM (west) |
| 42. | Photograph of lot where at end of Houston St. in Columbus, NM (east) |
| 43. | Aerial map of Columbus, NM |

Respectfully submitted,

GREGORY J. FOURATT
United States Attorney

***Electronically Filed 12/7/09***
NATHAN J. LICHVARCIK
Assistant U.S. Attorney
555 S. Telshor, Suite 300
Las Cruces, NM 88011
(575) 522-2304

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

***Electronically Filed 12/7/09***
NATHAN J. LICHVARCIK
Assistant U.S. Attorney
N:\NLichvarcik\Trials\Erika Garcia\exhibit list.wpd